# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:18-CR-288-S |
| | § | |
| LUIS SANTIAGO MARREGO (4) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE
### AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the request for revocation of Defendant's Supervised Release [ECF No. 228] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Luis Santiago Marrego's term of supervised release. *See* Order, ECF No. 236. The Court has received the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Recommendation") [ECF No. 244] pursuant to its order. *See* Recommendation. Defendant waived his right to object and allocute before the district judge. S*ee* Recommendation. The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED** as the opinion and findings of the Court.  It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months,** with no further term of supervised release to follow.

The Court recommends that Defendant be allowed to serve his sentence at FCI Seagoville, Seagoville, Texas.

1

Defendant shall report to the institution designated no later than 2:00 p.m. on August 15, 2023.

**SO ORDERED.**

SIGNED July 19, 2023.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**